**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **GASPAR TOMAS PEREZ,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-2301-G** |
| | ) | |
| **DON JONES et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

**ORDER**

On August 28, 2026, Petitioner Gaspar Tomas Perez filed a Petition for Writ of Habeas Corpus (Doc. No. 1), challenging his detention by U.S. Immigration and Customs Enforcement pursuant to 28 U.S.C. § 2241. In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Amanda L. Maxfield for preliminary review.

On October 14, 2026, Judge Maxfield issued a Report and Recommendation ("R. & R.," Doc. No. 9), in which she recommended that the Petition be denied. *See id.* at 3-5. In the R. & R., Judge Maxfield advised the parties of their right to object to the R. & R. by October 28, 2026. Judge Maxfield also advised that a failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the R. & R.

As of this date, no party has submitted an objection to the R. & R. or requested additional time to do so.[1]

[1] The R. & R. was mailed to Petitioner at his address of record but returned as undeliverable, *see* Doc. No. 10.

## CONCLUSION

Accordingly, the Report and Recommendation (Doc. No. 9) is ADOPTED in its entirety. The Petition for Writ of Habeas Corpus (Doc. No. 1) is DENIED.

A separate judgment shall be entered.

IT IS SO ORDERED this 19th day of November, 2026.

CHARLES B. GOODWIN
United States District Judge